# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-1029**　　　　　　　　　　　　　　**September Term, 2022**

PRC-RM2017-1
PRC-RM2020-9
PRC-RM2022-2

**Filed On:**　March 17, 2023

United Parcel Service, Inc.,

     Petitioner

    v.

Postal Regulatory Commission,

     Respondent

------------------------------

Amazon.com Services, LLC, et al.,
     Intervenors

_____

**No. 23-1006**

PRC-RM2017-1
PRC-RM2022-2

United Parcel Service, Inc.,

     Petitioner

    v.

Postal Regulatory Commission,

     Respondent

------------------------------

Amazon.com Services, LLC, et al.,
     Intervenors

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1029**　　　　　　　　　　　　　　**September Term, 2022**

**BEFORE:**　　Pillard, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to consolidate, the responses thereto, and the reply, it is

**ORDERED** that the motion to consolidate be denied. It is

**FURTHER ORDERED** that No. 22-1029 be returned to the court's active docket.

The Clerk is directed to enter briefing schedules in these cases and to calendar these cases for oral argument on the same day and before the same panel.

**Per Curiam**