# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1029**  **September Term, 2022**

PRC-RM2020-9

**Filed On: July 7, 2023** [2006778]

United Parcel Service, Inc.,

    Petitioner

  v.

Postal Regulatory Commission,

    Respondent

------------------------------

Amazon.com Services, LLC, et al.,
    Intervenors

## O R D E R

Upon consideration of respondent's second motion for a 30-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Respondent's Brief | August 14, 2023 |
| Intervenor for Respondent's Brief | August 21, 2023 |
| Petitioner's Reply Brief | September 11, 2023 |
| Deferred Appendix | September 18, 2023 |
| Final Briefs | October 2, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk